# AMENDED COMPLAINT

## FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

**Jahmir Ashley-Boyd**

(Enter above the full name of the plaintiff in this action)

V.

**Thomas Mantici**

_____

_____

(Enter the full name of the defendant of defendants in this action)

**COMPLAINT**

Civil Action No. **22-2124(KMW)(MJS)**

(To be supplied by the Clerk of the Court)

**RECEIVED**

**MAY 16 2022**

AT 8:30_____M
WILLIAM T. WALSH
CLERK

## INSTRUCTIONS; READ CAREFULLY

1.   This complaint must be legibly handwritten or typewritten, signed by the plaintiff and   subscribed to under penalty of perjury as being true and correct.  All questions must be answered concisely in the proper space on the form.  Where more space is needed to answer any question, attach a separate sheet.

2.   In accordance with Rule 8 of the Federal Rules of Civil Procedure, the complaint should contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends, (2) a short plain statement of the claim showing that you are entitled to relief, and (3) a demand for judgment for the relief which you seek.

3.   You must provide the full name of each defendant or defendants and where they can be found.

4.   You must send the original and one copy of the complaint to the Clerk of the District Court.  You must also send one additional copy of the complaint for each defendant to the Clerk. Do not send the complaint directly to the defendants.

5.   Upon receipt of a fee of $402.00 (a filing fee of $350.00, and an administrative fee of    $52.00), your complaint will be filed.  You will be responsible for service of a separate summons and copy of the complaint on each defendant.  See Rule 4, Federal Rule of Civil Procedure.

6.    If you cannot prepay the $402.00 fee, you may request permission to proceed in forma pauperis in accordance with the procedures  set forth in the application to proceed in forma pauperis.  See 28 U.S.C. §1915.  (If there is more than one plaintiff, each plaintiff must separately request permission to proceed in forma pauperis.)

7.    If you are given permission to proceed in forma pauperis, the $52.00 Administrative Fee will not be assessed.  The Clerk will prepare and issue a copy of the summons for each defendant.  The copies of summonses and the copies of the complaint  which you have submitted will be forwarded  by the Clerk to the United States Marshal, who is responsible for service.  The Marshal has USM-285 forms you must complete so that the Marshal can locate and serve each defendant.  If the forms are sent to you, you must complete them in full and return the forms to the Marshal.

## QUESTIONS TO BE ANSWERED

1a.   Jurisdiction is asserted pursuant to (CHECK ONE)

      ✓  42 U.S.C. §1983 (applies to state prisoners)

      ___ Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal prisoners)

      If you want to assert jurisdiction under different or additional statutes, list these below:

      _____

1b.   Indicate whether you are a prisoner or other confined person as follows:

      ✓ Pretrial detainee

      __ Civilly-committed detainee

      __ Immigration detainee

      __ Convicted and sentenced state prisoner

      __ Convicted and sentenced federal prisoner

      __ Other: (please explain)_____

2.      Previously Dismissed Federal Civil Actions or Appeals

       If you are proceeding in forma pauperis, list each civil action or appeal
       you have brought in a federal court while you were incarcerated or
       detained in any facility, that was dismissed as frivolous or malicious, or
       for failure to state a claim upon which relief may be granted. Please
       note that a prisoner who has on three or more prior occasions, while
       detained in any facility, brought an action or appeal in a federal court
       that was dismissed as frivolous or malicious, or for failure to state a
       claim upon which relief may be granted, will be denied in forma
       pauperis status unless that prisoner is under imminent danger of
       serious physical injury. See 28 U.S.C. § 1915(g).

a.      Parties to previous lawsuit:

       Plaintiff(s): _____ N/A _____

       Defendant(s): _____ N/A _____

b.      Court and docket number: _____ N/A _____

c.      Grounds for dismissal: ( )   frivolous   ( ) malicious

                            ( )   failure to state a claim upon which relief
                                  may be granted

d.      Approximate date of filing lawsuit: _____ N/A _____

e.      Approximate date of disposition: _____ N/A _____

       If there is more than one civil action or appeal, describe the additional
       civil actions or appeals using this same format on separate sheets.

3.      Place of Present Confinement? Monroe County Correctional Facility, PA

4.      Parties

       (In item (a) below, place your name in the first blank and place your
       present address in the second blank. Do the same for additional
       Plaintiffs, if any.)

       a.      Name of plaintiff: Jahmir Ashley-Boyd

Address: 4250 Manor Drive Stroudsburg PA, 18360

Inmate#: 20210001325

b.    First defendant:

Name: Thomas Mantici

Official position: Detective

Place of employment: Deptford Twp. Police 1011 Cooper St Deptford N
856-848-6300                                         08096
How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that
violated your constitutional rights?)
Defendant Illegally placed GPS Tracking device onto
vehicle without probable cause or a warrant. Tracked
vehicle out of jurisdiction into another state (Pennslyvania) without
a legal reason. Seized personal property from PA without a warrant.

c.    Second defendant:

Name: _____

Official position: _____

Place of employment: _____

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that
violated your constitutional rights?)

_____

_____

_____

_____

d.    If there are more than two defendants, attach a separate
sheet. For each defendant specify: (1) name, (2) official
position, (3) place of employment, and (4) involvement of
the defendant.

5.   I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in the Statement of Claims on page 6.

____Yes     ✓ No

If your answer is "Yes," briefly describe the steps taken, including how relief was sought, from whom you sought relief, and the results.

_____

_____

_____

_____

If your answer is "No," briefly explain why administrative remedies were not exhausted.

Constitutional rights violated by Government
Agents (Law Enforcement Officer)

_____

_____

6.   Statement of Claims

(State here as briefly as possible the facts of your case. Describe how each defendant violated your rights, giving dates and places. If you do not specify how each defendant violated your rights and the date(s) and place of the violations, your complaint may be dismissed. Include also the names of other persons who are involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach a separate sheet if necessary.)

Between November 9th 10th 2021 Defendant Thomas Martici
of the Deptford Twp Police Dept. in New Jersey illegally
installed a GPS Tracking device onto a 2008 Black
Range Rover owned/operated by myself without a warrant
or probable cause to do so. Supposedly Defendant claimed
to have placed GPS onto vehicle to "investigate" a single
burglary that allegedly occured November 9th 2021 in Deptford Twp

which is not sufficient probable cause for the use of a GPS Tracker. Defendant failed to exhaust other investigative options prior to invasion of my property, in fact no normal investigative procedures had been attempted.

November 10th 2021 into the morning hours of November 11th 2021 Defendant Thomas Montici illegally tracked me along with 2 passengers Joseph Smith and Erik King unto the state of Pennslyvania utilizing the GPS device secretly installed on my vehicle. At approximetly 2A.M without a lawful reason in doing so, Defendant contacted Pennslyvania State Police relating he was currently tracking a 2008 Range Rover that was supposedly plotting in Smithfield Twp, PA which is roughly 2 hours away from Deptford Twp NJ. An unknown conversation between the two led Defendant to illegally provide PA State Police with updates of my location and direction of travel as he was currently tracking my vehicle using GPS device. With information provided by Defendant utilizing illegal GPS, out of nowhere 2 Pennslyvania State troopers aggressively approached my vehicle on a highway around 2:15AM which at the time was a very dark and wooded area. With fear of Known Police Brutality along with my current surrounding I attempted to get to a safer place than where I currently was. Pennslyvania State Police began to dangerously ram their vehicles into mine which resulted in a motor vehicle accident causing physical injuries. As a result of injuries sustained Myself along with the passengers of my vehicle were taken to St. Lukes Hospital and placed in custody where I remain incarcerated. It is stated in my discovery from Pennslyvania that Defendant was tracking my vehicle in PA
(another sheet attached)

7.   Relief

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

Plantiff respectfully requests the court to grant the following relief:

A. Issue an injunction ordering release from custody until

disposition of PA/NJ cases using illegal GPS information / information recovered from cell phones

B. Award Compensatory damages in the following amounts

1. $50,000 for damage done to vehicle and replacement of property.

2. $250,000 for pain and suffering from motor vehicle accident.

3. $700,000 for mental anguish, lost of liberty, lost of wages, Emotional stress, Humiliation, Separation of family due to incarceration

C. Award Punitive damages in the amount of $250,000

D. Grant such other relief as it may appear plaintiff is entitled

8.   Do you request a jury or non-jury trial? (Check only one)

(✓) Jury Trial ( ) Non-Jury Trial

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __11th__ day of __May__ , 20__2 2__

_Jahmir Ashley-Boyd_

Signature of plaintiff*

(*EACH PLAINTIFF NAMED IN THE COMPLAINT MUST SIGN THE COMPLAINT HERE. ADD ADDITIONAL LINES IF THERE IS MORE THAN ONE PLAINTIFF. REMEMBER, EACH PLAINTIFF MUST SIGN THE COMPLAINT).

from New Jersey when he contacted PA State Police around 2 A.M with information about my vehicle's location which led Pennsylvania to accusing me along with 2 passengers of a burglary in PA.

Defendant Thomas Mantici lacked Authority and probable cause to place a GPS tracking device onto my vehicle let alone have jurisdiction to monitor such device in the state of Pennsylvania which violated my Fourth Amendmant right to be free from unreasonable search and seizures by government agents.

On November 15th, 2021 while incarcerated, Defendant Thomas Mantici traveled to PA State Police barracks in Stroudsburg, PA to "retrieve his GPS tracking device" from my vehicle that was being held in the impound lot as evidence. Defendant then took possesion of 4 cell phones also from evidence which belonged to myself and the passengers of the vehicle without consent, a proper warrant, or our knowledge which also violated my Fourth Amendmant right to be free from such seizures. Defendant then used illegally obtained info. recovered from those cell phones to draft 3rd degree Burglary charges on January 25th, 2022 that allegedly occurred November 9th, 2021 in Deptford Twp NJ despite my current incarceration in Pennsylvania.

Defendant Thomas Mantici had no lawful objective when he illegally installed a GPS tracking device onto my vehicle or stealing my personal property (cell phones). GPS Trackers can only determine location thru the GPS system and cannot determine physical actions like what a person is doing therefore Defendant had no legal reason in tracking my vehicle. Defendant not only violated my constitutional rights he also invaded my privacy causing extreme Mental and Emotional injuries as well as physical injuries. I want to reserve the right to add Defendants pending disposition of current case in Pennsylvania.

- Yahmur Ashleet-Boud

Jahmir Ashley-Boyd
#20210001325

Monroe County Correctional Facility
4250 Manor Drive
Stroudsburg, PA 18360

MONROE COUNTY CORRECTIONAL FACILITY
4250 MANOR DRIVE
STROUDSBURG, PA 18360

Lehigh Valley PADC PA 18
FRI 13 MAY 2022 AM

RECEIVED
MAY 16 2022
AT 8:30_____M
WILLIAM T. WALSH
CLERK

ATTN: CLERK OF COURTS
UNITED STATES DISTRICT COURT
P.O BOX 2797
CAMDEN, NJ 08101

RECEIVED
MAY 16 2022
AT 8:30_____M
WILLIAM T. WALSH
CLERK